1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   2:07-01405 WBS/EFB
                                  )
12            Plaintiff,          )   STIPULATION TO CONTINUE
                                  )   STATUS CONFERENCE AND
13      v.                        )   **ORDER THEREON** [~~PROPOSED~~]
                                  )   (Corrected)
14 REAL PROPERTY LOCATED AT 80    )
   COON CREEK ROAD aka LOT 0-21,  )
15 COON CREEK ROAD, BURNT RANCH,  )
   CALIFORNIA, TRINITY COUNTY,    )
16 APN: 008-770-11-000, INCLUDING )
   ALL APPURTENANCES AND          )
17 IMPROVEMENTS THERETO,          )   DATE: October 9, 2007
                                  )   TIME: 2 p.m.
18            Defendant.          )   COURTROOM: 5
   _____)

19

20      Plaintiff United States of America and claimant Roy Gazaway

21 jointly request that the status conference now scheduled for

22 October 9, 2007, be continued approximately 60 days.  This

23 request is based on the following:

24      1.  This is an <u>in rem</u> action in which the plaintiff seeks

25 to forfeit the defendant property because it was being used to

26 manufacture marijuana in violation of 21 U.S.C. § 841)(a)(1) and

27 is therefore forfeitable pursuant to 21 U.S.C. § 881(a)(7).

28      2.  Claimant Roy Gazaway is the beneficiary of a promissory

                              1

note in the original principal amount of $103,142.00 executed by Ronald Dale Nortrup and his wife Jeanne Nortrup.  The note is secured by a deed of trust encumbering the defendant property.

3.  Plaintiff made multiple attempts to personally serve the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and related documents on the Northrups but were unsuccessful.  Thereafter, on August 23, 2007, plaintiff sent the Complaint and related documents to the Northrups by certified mail but Ronald Nortrup's mail was returned to plaintiff as unclaimed.  The "Domestic Return Receipt" (the "green card") for the mail sent to Jeanne Nortrup shows that "Jeanne Bass" signed for Jeanne Nortrup's mail on August 29, 2007.

4.  After making unsuccessful attempts to serve Ronald Nortrup, plaintiff learned that Nortrup is in state custody in High Desert State Prison in Susanville, California.  Accordingly, on September 13, 2007, plaintiff re-sent the Complaint and related documents by certified mail to Nortrup in prison and to Ben Okin, an attorney in Weaverville, California, believed to be representing Nortrup.  The "green cards" show that Okin received the documents on September 17, 2007, and the documents were received at the prison on September 15, 2007.

5.  Under the rules applicable to <u>in</u> <u>rem</u> forfeiture actions, Ronald Nortrup has 35 days from September 13, 2007, to file a claim to the property, and has 20 days after filing his claim to file an Answer to the complaint.  His claim is thus not due until October 18, 2007, and his answer can be filed as long as 20 days thereafter.  See Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1  Under these rules, Jeanne Nortrup's claim is not due until
2  September 27, 2007, and her answer is due 20 days thereafter.
3      6.  Since the time for filing claims and answers in this
4  action has not yet expired, it is premature to have a status
5  conference and schedule this case.  Accordingly, the parties to
6  this stipulation request that the status conference be continued
7  approximately 60 days.

8  Dated: Sept. 25, 2007        McGREGOR W. SCOTT
                                United States Attorney
9

10                        By   /s/ Kristin S. Door
                               KRISTIN S. DOOR
11                             Assistant U.S. Attorney
                               Attorneys for plaintiff
12                             United States of America

13

14  Dated: Sept. 25, 2007       MORRISON, MORRISON & COOPER

15

16                        By   /s/ Daniel E. Cooper
                               DANIEL E. COOPER
17                             Attorneys for claimant
                               Roy L. Gazaway
18

19

20                             **ORDER**

21      Good cause having been shown, the status conference
    scheduled for October 9, 2007, is continued to **December 17, 2007**
22  **at 2:00 p.m.**

23  **IT IS SO ORDERED.**

24  Dated:  September 25, 2007

25

26  _____
    WILLIAM B. SHUBB
27  UNITED STATES DISTRICT JUDGE

28