```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:07-01405 WBS/EFB |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
|  | ) | STATUS CONFERENCE AND |
| v. | ) | **ORDER THEREON** [~~PROPOSED~~] |
|  | ) |  |
| REAL PROPERTY LOCATED AT 80 | ) |  |
| COON CREEK ROAD aka LOT 0-21, | ) |  |
| COON CREEK ROAD, BURNT RANCH, | ) |  |
| CALIFORNIA, TRINITY COUNTY, | ) |  |
| APN: 008-770-11-000, INCLUDING | ) |  |
| ALL APPURTENANCES AND | ) |  |
| IMPROVEMENTS THERETO, | ) | DATE: December 17, 2007 |
|  | ) | TIME: 2 p.m. |
| Defendant. | ) | COURTROOM: 5 |

Plaintiff United States of America and claimant Roy Gazaway jointly request that the status conference now scheduled for December 17, 2007, be continued approximately 60 days. This request is based on the following:

1. This is an <u>in rem</u> action in which the plaintiff seeks to forfeit the defendant property because it was being used to manufacture marijuana in violation of 21 U.S.C. § 841)(a)(1) and is therefore forfeitable pursuant to 21 U.S.C. § 881(a)(7).

2. Claimant Roy Gazaway is the beneficiary of a promissory

1

1 note in the original principal amount of $103,142.00 executed by
2 Ronald Dale Nortrup and his wife Jeanne Nortrup.  The note is
3 secured by a deed of trust encumbering the defendant property.
4      3.   Plaintiff made multiple attempts to personally serve
5 the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and related
6 documents on the Northrups but were unsuccessful.  Thereafter, on
7 August 23, 2007, plaintiff sent the Complaint and related
8 documents to the Northrups by certified mail but Ronald Nortrup's
9 mail was returned to plaintiff as unclaimed.  The "Domestic
10 Return Receipt" (the "green card") for the mail sent to Jeanne
11 Nortrup shows that "Jeanne Bass" signed for Jeanne Nortrup's mail
12 on August 29, 2007.  Plaintiff believes that "Bass" is Jeanne
13 Nortrup's maiden name.
14      4.   After making unsuccessful attempts to serve Ronald
15 Nortrup, plaintiff learned that Nortrup is in state custody in
16 High Desert State Prison in Susanville, California.  Accordingly,
17 on September 13, 2007, plaintiff re-sent the Complaint and
18 related documents by certified mail to Nortrup in prison and to
19 Ben Okin, an attorney in Weaverville, California, believed to be
20 representing Nortrup.  The "green cards" show that Okin received
21 the documents on September 17, 2007, and the documents were
22 received at the prison on September 15, 2007.
23      5.   On or about September 21, 2007, Ronald Nortrup sent a
24 letter to the U.S. Attorney's Officer about this forfeiture.
25 However, the letter was not filed with the court and does not
26 comply with the procedural rules requiring that a person who
27 wishes to contest a forfeiture must file a claim to the property
28 under penalty of perjury and must file an Answer to the

2

Complaint. On November 30, 2007, undersigned counsel sent Ronald Nortrup a letter advising of the deficiencies in his letter; providing him with copies of the two federal rules relating to claims and answers; and giving him until the close of business on December 17, 2007, to file a claim and answer that comply with the federal rules.

7. Under the rules applicable to in rem forfeiture actions, Jeanne Nortrup's claim was due September 27, 2007, and her answer was due 20 days thereafter. See Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

8. Jeanne Nortrup has contacted this office several times receiving the complaint and related notices on August 29, 2007, but to date has not filed a claim and answer. Plaintiff will be seek the entry of a Clerk's Default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure within the next week.

9. Since plaintiff has given Ronald Nortrup additional time to file his claim and answer in this action, the parties request that the status conference be continued one more time. If Ronald Nortrup does not file a claim and answer by December 17, 2007, plaintiff will seek his default and will attempt to resolve Roy Gazaway's claim. Accordingly, the parties to this

//

//

stipulation request that the status conference be continued approximately 60 days.

Dated: November 30, 2007          McGREGOR W. SCOTT
                                  United States Attorney

                            By    /s/ Kristin S. Door
                                  KRISTIN S. DOOR
                                  Assistant U.S. Attorney
                                  Attorneys for plaintiff
                                  United States of America

Dated: November 30, 2007          MORRISON, MORRISON & COOPER

                            By    /s/ Daniel E. Cooper
                                  DANIEL E. COOPER
                                  Attorneys for claimant
                                  Roy L. Gazaway
                                  (Original signature retained
                                  by plaintiff's counsel)

**ORDER**

Good cause having been shown, the status conference scheduled for December 17, 2007, is continued to **February 25, 2008 at 2:00 p.m.**  **IT IS SO ORDERED**.

Dated:  December 5, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4