1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   2:07-01405 WBS/EFB
                                    )
12          Plaintiff,               )   **PLAINTIFF'S STATUS**
                                    )   **CONFERENCE REPORT AND**
13     v.                            )   **ORDER** [~~PROPOSED~~]
                                    )
14 REAL PROPERTY LOCATED AT 80      )
   COON CREEK ROAD aka LOT 0-21,    )
15 COON CREEK ROAD, BURNT RANCH,    )
   CALIFORNIA, TRINITY COUNTY,      )
16 APN: 008-770-11-000, INCLUDING   )
   ALL APPURTENANCES AND            )
17 IMPROVEMENTS THERETO,            )   DATE: February 25, 2008
                                    )   TIME: 2 p.m.
18          Defendant.               )   COURTROOM: 5
                                    )
19

20     Plaintiff United States of America and claimant Roy Gazaway
21 request that the status conference now scheduled for February 25,
22 2008, be vacated.  The owners of the property have not filed
23 claims to the property, and a Clerk's Certificate of Entry of
24 Defaults was filed on December 13, 2007, against the interest of
25 Jeanne C. Nortrup, and on January 15, 2008, against the interest
26 of Ronald Dale Nortrup.  Plaintiff will be filing a motion for
27 default judgment of forfeiture within 30 days.  In that motion
28 the government will request a Final Judgment of Forfeiture that

1

1  recognizes the claim of Roy Gazaway.  Accordingly, there is no
2  need to further schedule this case.
3
4  Dated: February 8, 2008         McGREGOR W. SCOTT
                                   United States Attorney
5
6                            By    /s/ Kristin S. Door
                                   KRISTIN S. DOOR
7                                  Assistant U.S. Attorney
                                   Attorneys for plaintiff
8                                  United States of America
9
10 Dated: February 11, 2008        MORRISON, MORRISON & COOPER
11
12                           By    /s/ Daniel E. Cooper
                                   DANIEL E. COOPER
13                                 Attorneys for claimant
                                   Roy L. Gazaway
14                                 (Original signature retained
                                   by plaintiff's counsel)
15
16                              **ORDER**
17     Good cause having been shown, the status conference
18 scheduled for February 25, 2008 is vacated.
19 **IT IS SO ORDERED.**
20 Dated:    February 11, 2008
21
22                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28