IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

REAL PROPERTY LOCATED AT
80 COON CREEK ROAD, aka LOT 0-21,
COON CREEK ROAD, BURNT RANCH,
CALIFORNIA, TRINITY COUNTY,
APN: 008-770-11-000, INCLUDING
ALL APPURTENANCES AND
IMPROVEMENTS THERETO,

        Defendant.
_____/

No. CIV S-07-1405 WBS EFB

DEFAULT JUDGMENT AND
FINAL JUDGMENT OF FORFEITURE

    On November 14, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

    Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

////

Case 2:07-cv-01405-WBS-EFB   Document 27   Filed 12/31/08   Page 2 of 2

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed November 14, 2008, are ADOPTED in full;

2. Plaintiff's motion for default judgment is GRANTED;

3. A FINAL JUDGMENT OF FORFEITURE shall be entered forthwith by the Clerk of Court, extinguishing any right, title or interest in defendant real property by Ronald D. Nortrup and Jeanne Bass Nortrup, subject to the interest of lienholder Roy L. Gazaway, as set forth in his stipulation with the government filed September 12, 2007, and incorporated herein; and

4. All parties shall bear their own costs and attorneys' fees.

DATED:   December 30, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2